# United States District Court
## Southern District of Georgia

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2020 DEC 21 P 3:29
CLERK J. Hodge
SO. DIST. OF GA.

LONNIE SMITH

_____
Plaintiff

Case No. 3:20-cv-00048-DHB-BKE

v.

ANDREW SAUL,
COMMISSIONER, SSA

_____
Defendant

Appearing on behalf of

PLAINTIFF

_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 21st day of December, 2020.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | HEATHER FREEMAN |
| Business Address: | LAW OFFICE OF HEATHER FREEMAN, PLLC |
| | Firm/Business Name |
| | 1334 TIMBERLANE RD. |
| | Street Address |
| | TALLAHASSEE   FL   32312 |
| | Street Address (con't)   City   State   Zip |
| | PO BOX 13962 |
| | Mailing Address (if other than street address) |
| | TALLAHASSEE, FL   32317 |
| | Address Line 2   City   State   Zip |
| | (850) 391-5336   N/A(FL40561,IL6282 |
| | Telephone Number (w/ area code)   Georgia Bar Number |
| Email Address: | HF@HFREEMANLAW.COM |